| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* P2016546 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 04-10250 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Lisa G. Taylor 22 Milford Street Boston, Massachusetts 02118 | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Alexandria | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Theresa Carroll Buchanan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5-07-04 | TO 5-06-05 |

OFFENSE

Driving Under the Influence

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS, Boston, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/9/04
Date

_____
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug 17, 2004
Effective Date

_____
United States Magistrate Judge